674

No. 825. FEDERAL TRADE COMMISSION *v.* STANDARD EDUCATION SOCIETY ET AL. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Henry Ward Beer* for respondents.

No. 830. BOGARDUS *v.* COMMISSIONER OF INTERNAL REVENUE. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William D. Whitney* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 836. TEXAS & NEW ORLEANS R. Co. ET AL. *v.* NEILL ET AL. April 26, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas granted. *Messrs. Harper Macfarlane* and *W. L. Matthews* for petitioners. *Mr. H. C. Carter* for respondents.

No. 910. HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. *v.* DAVIS. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioners. *Messrs. Edward F. McClennen* and *Jacob J. Kaplan* for respondent.

No. 890. TEXAS ET AL. *v.* DONOGHUE, TRUSTEE. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited